UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAMELA BEIERLEIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:04-0865 |
| | )   Judge Echols |
| B. BRAUN MEDICAL, INC., | ) |
| | ) |
|     Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum entered contemporaneously herewith, Defendant B. Braun Medical Inc.'s Motion for Summary Judgment (Docket Entry No. 10) is hereby GRANTED. Accordingly, this case is hereby DISMISSED.

It is SO ORDERED.

_____
Robert L. Echols
United States District Judge